[No. 7642-0-II.   Division Two.   July 30, 1986.]

*In the Matter of the Marriage of* MICHELLE L. QUAIL, *Appellant, and* DANIEL R. QUAIL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-3-05562-9, Nile E. Aubrey, J., entered February 10, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7613-6-II.   Division Two.   July 30, 1986.]

*In the Matter of the Estate of* PAUL LEROY BROWNING.

PAUL BROWNING, JR., ET AL, *Respondents,* v. FERN BROWNING PERELLI, *Individually and as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-4-00434-0, Frank A. Shiers, J. Pro Tem., entered January 30, 1984. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 8224-1-II.   Division Two.   July 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TIM LEROY SHERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00125-1, John W. Schumacher, J., entered October 29, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.